JS-6

JOHN M. PORTER, SB# 62427
   E-Mail: porter@lbbslaw.com
STEPHANIE J. TANADA, SB# 257769
   E-Mail: tanada@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138

Attorneys for Defendants Sergeant Larson and
County of Riverside

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE CARR, | CASE NO. ED CV 09-01024 VBF (OPx) |
| Plaintiff, | |
| v. | [~~proposed~~] |
| (SERGEANT) LARSON; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT (SWDC), | **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| Defendants. | |

Based upon the Stipulation of the parties,

**IT IS ORDERED** that this entire action is dismissal with prejudice, with the parties to bear their own costs and attorney's fees.

DATED: 7-14-10

_____
Hon. Valerie Baker Fairbank
United States District Judge

cc: Judge Parada